OPINION — AG — ** EASEMENT — COMMISSIONERS OF THE LAND OFFICE ** NEED AN EXAMINATION AS TO FORM AN EASEMENT WHICH OKLAHOMA GAS AND ELECTRIC COMPANY HAS REQUESTED THE BOARD TO EXECUTE, ACROSS LAND OWNED BY THE STATE IN NORTHWEST QUARTER, OF 24-12N-3W ; WHAT ARE THE TERMS OF THE EASEMENT AND THE CONSIDERATION RECITED THEREIN COME WITHIN THE PROVISIONS OF 74 O.S. 126.1 [74-126.1] (BOARD OF PUBLIC AFFAIRS, INTEREST, ELECTRIC SERVICE, UTILITIES, ELECTRIC TRANSMISSION LINES) (MAINARD KENNERLY)